1
2
3
4
5
6                         IN THE UNITED STATES DISTRICT COURT

7                         FOR THE EASTERN DISTRICT OF CALIFORNIA

8
9    GARY D. BEARDEN,                    1:06-CV-1090 AWI WMW P

10            Plaintiff,

11       vs.                             ORDER TO SUBMIT APPLICATION
                                         TO PROCEED IN FORMA PAUPERIS
12   LINDA SMART, et al.,                **OR** FILING FEE

13
             Defendants.
14   _____/

15           Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17   pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY

18   ORDERED that:

19           1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21           2.  Within thirty days of the date of service of this order, plaintiff shall submit a

22   completed application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this

23   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

24   IT IS SO ORDERED.

25   **Dated:    September 20, 2006           /s/  William M. Wunderlich**
         j14hj0                            UNITED STATES MAGISTRATE JUDGE
26
27
28