IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY BEARDEN,

        Plaintiff,                              CV F 06 1090 AWI WMW   P

   vs.                                      FINDINGS AND RECOMMENDATION RE MOTIONS FOR INJUNCTIVE RELIEF (DOC 2)

LINDA SMART,

        Defendant.

        Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for a temporary restraining order against Defendant Smart.  Defendant Smart has not been served, and has not entered an appearance in this action.  The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court.  <u>Zepeda v. United States I.N.S.</u>, 753 F.2d 719, 727 (9th Cir. 1983).

        Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive relief be denied.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to

Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:    January 11, 2007**          /s/  William M. Wunderlich
j14hj0                                   UNITED STATES MAGISTRATE JUDGE