IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY BEARDEN,

    Plaintiff,                            CV F 06 1090 AWI WMW P

    vs.                                   ORDER RE: FINDINGS & RECOMMENDATIONS (#12)

LINDA SMART,

    Defendant.

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On January 12, 2007, findings and recommendations were entered, recommending denial of Plaintiff's motion for injunctive relief.   Plaintiff was provided an opportunity to file objections within twenty days.   Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

1        Accordingly, THE COURT HEREBY ORDERS that:

2        1.  The Findings and Recommendations issued by the Magistrate Judge on January 12, 2007, are adopted in full; and

3        2.  Plaintiff's motion for injunctive relief is denied.

IT IS SO ORDERED.

**Dated:**   **March 13, 2007**              /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE