IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY D. BEARDEN, | ) | 1:06-CV-1090 AWI WMW PC |
| | ) | |
| Plaintiff, | ) | THIRD ORDER TO SUBMIT A |
| vs. | ) | CERTIFIED COPY OF TRUST |
| | ) | ACCOUNT STATEMENT **OR** PAY |
| | ) | FILING FEE |
| LINDA SMART, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, a state prisoner proceeding pro se, is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

On February 2, 2007, plaintiff was ordered by the court to submit a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. On March 5, 2007, plaintiff submitted an application to proceed in forma pauperis.  However, the application to proceed in forma pauperis did not include an attached certified copy of plaintiff's prison trust for

1 the six month period immediately preceding the filing of the complaint.  See 28 U.S.C.
2 § 1915(a)(2).  Plaintiff will be provided another opportunity to comply with the court's order and
3 submit the required document(s) or pay the filing fee.
4      Accordingly, IT IS HEREBY ORDERED that:
5           Within thirty days of the date of service of this order, plaintiff shall submit  a
6 certified copy of his prison trust account statement for the six month period immediately
7 preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this
8 action.  Failure to comply with this order will result in a recommendation that this action be
9 dismissed.
10 IT IS SO ORDERED.
11 **Dated:    March 19, 2007**                    **/s/  William M. Wunderlich**
   j14hj0                                                       UNITED STATES MAGISTRATE JUDGE