UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY D. BEARDEN, | ) | 1:06-CV-1090 AWI WMW PC |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #18) |
| | ) | |
| LINDA SMART, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 19, 2007, plaintiff filed a motion to extend time to filing his trust account statement. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his trust account statement.

IT IS SO ORDERED.

**Dated:   May 8, 2007**          /s/  William M. Wunderlich
                                  UNITED STATES MAGISTRATE JUDGE