IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY D. BEARDEN,

        Plaintiff,        CV F 06 1090 AWI WMW P

  vs.                      FINDINGS AND   RECOMMENDATIONS
RE MOTIONS FOR INJUNCTIVE
RELIEF (DOCS 5, 9, 11)

LINDA SMART,

        Defendant.

        Plaintiff is a state prisoner proceeding pro se in a civil rights action.  This action proceeds against Defendant Linda Smart, a Correctional Counselor at Corcoran State Prison.  Plaintiff, incarcerated at the Substance Abuse Treatment Facility, brings this action against Defendant Smart for her conduct at a classification hearing on May 18, 2006.  Defendant Smart allegedly left Plaintiff standing for 5 hours, despite Plaintiff's back condition.  Prior to the hearing, Plaintiff advised Defendant Smart that he was awaiting spinal fusion surgery.

        Plaintiff has filed requests for injunctive relief.  Plaintiff's motions consist of restatements of the allegations of the complaint, along with additional allegations.  Plaintiff requests the Court to consider the allegations in his complaint.  None of the motions comply with the procedural requirements of Local Rule 65-231.  Further, this action can

1 **not proceed until Plaintiff submits a completed application to proceed in forma pauperis.**
2 **Despite three extensions of time, Plaintiff has failed to do so.**
3       **Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motions for**
4 **injunctive relief be denied.**
5       These findings and recommendations are submitted to the United States District
6 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within
7 twenty days after being served with these findings and recommendations, plaintiff may file
8 written objections with the court.  Such a document should be captioned "Objections to
9 Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
10 objections within the specified time waives all objections to the judge's findings of fact.  See
11 Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the
12 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
13 F.2d 1153 (9th Cir. 1991).

17 IT IS SO ORDERED.
18 Dated:    **August 2, 2007**          /s/  **William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE